UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3010
_____

EZAKI GLICO KABUSHIKI KAISHA,
a Japanese Corporation d/b/a Ezaki Glico;

EZAKI GLICO USA CORP.,
a California Corporation,

Appellants
v.

LOTTE INTERNATIONAL AMERICA CORP.;
LOTTE CONFECTIONARY CO. LTD.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:15-cv-05477)
District Judge: Honorable Madeline C. Arleo
_____

Argued: July 9, 2020

Before: McKEE, BIBAS, and FUENTES, *Circuit Judges*
_____

ORDER
_____

The panel has revised the opinion issued on January 27, 2021 and deleted a sentence

and citation from the conclusion that appeared at page 20. The Clerk is directed to file the

amended opinion. The judgment remains the same.


By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: March 10, 2021